[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 9, 2010
JOHN LEY
CLERK

No. 10-11532
Non-Argument Calendar

_____

D.C. Docket No. 8:09-cv-02523-VMC-TBM

CRYSTAL BLAKE,
individually, and on behalf of all
others similarly situated,

                                        Plaintiff - Appellant,

versus

SHERIFF OF POLK COUNTY,
in his official capacity,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 9, 2010)

Before BLACK, HULL and PRYOR, Circuit Judges.

PER CURIAM:

After review of the briefs and the record, the Court affirms the district court's order granting the defendant's motion to dismiss the plaintiff's complaint.

**AFFIRMED.**